Grace Meehan v. Maylew Company, Inc.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Cuba Distilling Company v. Samuel M. Rice, Impleaded.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Firoe Amanna v. Seabury Building Company and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Empire Carting Company v. Alpha Portland Cement Company; Empire Carting Company v. Alpha Portland Cement Company.— Motions to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

National Surety Company v. Catherine A. McGuire. National Surety Company v. Catherine A. McGuire.— Motions granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Manuel Goldberg v. Jamestown Mantel Company.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

John A. Connolly v. Otis Montrose.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith. JJ.

Joseph Sommerman v. Joseph C. Scal.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Joseph Sommerman v. Joseph C. Scal.— Motion to open default granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

The People of the State of New York v. Samuel Ripstein.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

The People of the State of New York v. David Fermoglich. — Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Rose Sobel v. Sarah P. Sobel and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

Edward A. Hendrickson v. Empire Trust Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

English Lumber Company v. M. Mosson Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

George W. Erland v. Granville Gibbons.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.